IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VIOLET GOODWIN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA, et al.;<br><br>　　　　　　Defendants. | 8:21CV417<br><br>ORDER |

Plaintiff has moved to certify a class (Filing No. 38), and to set this case for trial. (Filing No. 40).

Although Plaintiff bears the burden of proof on her motion to certify a class, she has not filed a brief or evidence in support of the motion. The motion will therefore be denied.

As to the motion to set for trial, in accordance with the practices of this court, any trial will be set following the close of discovery. Since discovery has not commenced in this case, Plaintiff's motion to set for trial will be denied as premature.

Accordingly,

IT IS ORDERED that Plaintiff's motion to certify a class (Filing No. 38), and motion to set this case for trial, (Filing No. 40), are denied.

September 13, 2022.　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　United States Magistrate Judge