IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

VIOLET GOODWIN,

Plaintiff,

vs.

VANDER, et al.,

Defendants.

8:21-CV-417

ORDER

The plaintiff has filed an "appeal" (filing 121) that the Court construes as an objection to the Magistrate Judge's order (filing 117) denying the plaintiff's discovery motion.[1] The Court will overrule the plaintiff's objection.

First, the objection was untimely. The Magistrate Judge's order was entered on December 26, and the deadline for objecting to a Magistrate Judge's order is 14 days. NECivR 72.2(a).

But the plaintiff's objection is also without substantive merit. A district court may reconsider a magistrate judge's ruling on nondispositive pretrial matters only where it has been shown that the ruling is clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); *Ferguson v. United States*, 484 F.3d 1068, 1076 (8th Cir. 2007). The Magistrate Judge's order here was neither. *See U.S. Marshals Serv. v. Means*, 741 F.2d 1053, 1056 (8th Cir. 1984) (28 U.S.C. § 1915 does not authorize government payment of witness fees and expenses for indigent litigants); *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1076 (8th Cir. 1980) (neither defendant nor government responsible for payment of expenses at the district court level). Accordingly,

---

[1] The Court construed the filing as an objection because discovery orders generally aren't appealable. *See Tenkku v. Normandy Bank*, 218 F.3d 926, 927 (8th Cir. 2000).

IT IS ORDERED that the plaintiff's objection (filing 121) is overruled.

Dated this 26th day of January, 2024.

BY THE COURT:

_John M. Gerrard_____
John M. Gerrard
Senior United States District Judge

- 2 -