IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VIOLET GOODWIN,<br><br>          Plaintiff,<br><br>vs.<br><br>VANDER, in their individual capacity, et al.,<br><br>          Defendants. | 8:21-CV-417<br><br>JUDGMENT |

For the reasons stated in the accompanying memorandum and order, the plaintiff's complaint is dismissed.

Dated this 14th day of March, 2024.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge